Name: Nicholas Lear #141815
Address: Utah State Prison
Telephone: P.O. Box 250
Draper, Utah 84020

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

RECEIVED CLERK
FEB 04 2013
U.S. DISTRICT COURT

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
FEB 12 2013
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

Nicholas Joseph Lear
(Full Name)
PLAINTIFF

vs.

Warden Bigalow
Dr. Garden
Dr. Tubbs

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:13cv00096
Assigned To : Waddoups, Clark
Assign. Date : 2/4/2013
Description: Lear v. Bigelow et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. **X** 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Nicholas Lear #141815
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: Utah State Prison
   PO Box 250
   Draper, Utah 84020

3. NAME OF FIRST DEFENDANT Alford Bigalow
   IS A CITIZEN OF Maybe Salt Lake City, Utah
   (City and State)

   IS EMPLOYED AS Warden Bigalow at Utah State Prison
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO __ . If your answer is "YES" briefly explain.

   He is the Warden at the Utah State Prison.

4. NAME OF SECOND DEFENDANT Dr. Garden
   (If applicable)

   IS A CITIZEN OF ?  Utah
   (City and State)

   IS EMPLOYED AS Doctor at Utah State Prison
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO __ . If your answer is "YES" briefly explain.

   He is the main Doctor at Utah State Prison. He has oversight of the Dr. Tubbs, and approved of Dr Tubbs' deliberate indifference by not requiring Dr. Tubbs to give adequate medical care

5. NAME OF THIRD DEFENDANT Dr. Tubbs
   (If applicable)

   IS A CITIZEN OF ?  Utah
   (City and State)
   IS EMPLOYED AS Doctor at Utah State Prison
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

He is a Doctor at the Utah State Prison. He acted with deliberate indifference by refusing to exam me, order any treatments, or give me anything for the pain, even though I couldn't walk

6. NAME OF FOURTH DEFENDANT  3 John Does incase I got
(If applicable) the spelling wrong on the other defendants, or the warden was different.

IS A CITIZEN OF _____
(city and State)

IS EMPLOYED AS_____ at _____.
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

They all work for the Utah State Prison.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem. Medical refused to treat my injured hip. They did nothing until 18-24 months after the injury, when they started treating me the found a dime size spot that The University Doctor thought was A vascular Necrosis.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Cruel and Unusual Punishment
   I do not have exact dates because Medical has failed to give me all the records I requested through GRAMA. see attachment 1

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

   After I injured my hip, I seen Dr. Tubbs. He didn't do any examination. He didn't order any type of x-ray of treatment. He didn't order anything for my pain. Even though I was unable to walk, he refused to give me a crutch saying "You found a way up here, you can find a way back."
   Dr. Tubbs refused to give any treatment at all; however, he banned me from the gym for 30 days. See Attachment 2

   b. (1) Count II: Cruel and Unusual Punishment

   (2) Supporting Facts: After about 3 weeks of extreme pain, I again seen Dr Tubbs for my hip injury. He refused to give me any treatment; no exam, no pain medication, no crutch, even though I again requested something for the pain and something for a crutch. He made the gym ban indefinite, "until you tell me your better," he said. See attachment 2

   c. (1) Count III: Cruel and Unusual Punishment

(2) Supporting Facts: I had begged a crutch from a med teck. I seen Dr Tubbs and told him my hip was better, to get my gym job back. I told him I still needed the crutch though, but he refused to let me use the one I had. He took the crutch from me, but he did lift the gym ban   see attachment 2

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

I had to endure around 18-months of extreme pain, walking with great difficulties.
Because my injury wasn't treated for around 18-months My injury has progressed. I will eventually need hip replacement.
What was probably an impengment of blood flow, has been left untreated. Now I have a dime size spot, that was diagnosed as Avascular Necrosis.   See attachment 3

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?
YES____ / NO  X . If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d. Issues raised: _____

_____

_____

e. When did you file the lawsuit?  _____
                                                      Date     Month     Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

**F. REQUEST FOR RELIEF**

1. I believe that I am entitled to the following relief:

$300,000.00 for the 18 months of pain and suffering, and to cover the future cost of my hip, after prison a hip resurfacing surgery. If neccessary at this time, hip replacement.
$1,000,000.00 punitive damages, or damages set by a jury for punitive damages, which ever is greater
Access to all my medical notes, & paperwork, and a transcript of all Tele-med communication regarding me.   cont.

F-request for relief

1. Attorny fees and filing fees.
An exam of my hip by a doctor that I want indipendent of the state system- to show the avascular necroses could have been avoided.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  Utah State Prison   11/26  20 12 .
              (Location)           (Date)

_Nicholas Lean_ #141815
Signature